**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MORENO VAZQUEZ, Victor Manuel,<br><br>Petitioner,<br><br>v.<br><br>CRUZ, Andy,<br>Warden, Federal Detention Center, Philadelphia;<br><br>RIFE, John E.,<br>Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office;<br><br>MULLIN, Markwayne,<br>Secretary of the Department of Homeland Security;<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | Civil No. 2:26-cv-08970-JLS |

**ORDER**

**AND NOW,** this 25th day of November 2026, upon review of the Petition for Writ of Habeas Corpus (Dkt. No. 1), **IT IS HEREBY ORDERED** that Respondents shall file a response on or before **Monday, November 30, 2026, at 5:00 PM**.

**IT IS FURTHER ORDERED** that the respondents shall not take any actions to remove the Petitioner from the Eastern District of Pennsylvania while this Petition is pending.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**United States District Court Judge**